IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAMON DEWAYNE PORTER**                                                                                   **PLAINTIFF**

V.                         **Case No. 2:19-CV-138-LPR-JTR**

**DEWAYNE HENDRIX, et al.**                                                                                **DEFENDANTS**

### ORDER

The Court has received a Recommendation from Magistrate Judge J. Thomas Ray. (Doc. 38) No objections have been filed, and the time to do so has now expired. After a careful and *de novo* review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' Motion to Stay Consideration of Porter's *Bivens* Claims Pending Resolution of the FTCA Claim (Doc. 26) is GRANTED.  Defendants' Motion to Dismiss Porter's FTCA Claims Against the Individual Defendants (Doc. 28) is DENIED as moot.

IT IS SO ORDERED this 21st day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE