IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAMON DEWAYNE PORTER**                                              **PLAINTIFF**

v.                          Case No. 2:19-CV-00138-LPR

**DEWAYNE HENDRIX, et al.**                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Partial Recommended Disposition and the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The United States of America's Motion for Partial Summary Judgment (Doc. 47) is granted. With respect to Mr. Porter's FTCA claim against the United States for medical negligence, judgment will be entered for the United States at the appropriate time.

IT IS SO ORDERED this 24th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE