IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAMON DEWAYNE PORTER**                                                              **PLAINTIFF**

v.                              Case No. 2:19-CV-00138-LPR

**DEWAYNE HENDRIX, et al.**                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Memorandum of Decision,[1] Joint Stipulation of Dismissal,[2] and previous Orders entered in this case,[3] it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is entered in favor of Mr. Porter against the United States of America in the amount of $2,500.00 on Mr. Porter's slip-and-fall negligence claim under the FTCA; (2) judgment is entered in favor of the United States of America on Mr. Porter's medical negligence claim under the FTCA; and, (3) all other claims in this case are DISMISSED with prejudice.

IT IS SO ADJUDGED this 28th day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Memorandum of Decision (Doc. 76).

[2] Am. Joint Stipulation of Dismissal (Doc. 78).

[3] Order (Doc. 37); Order (Doc. 65).