IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAMON DEWAYNE PORTER**                                                                          **PLAINTIFF**
Reg 74162-379

    v.                               No: 2:19-CV-00138-LPR/JTR

**UNITED STATE OF AMERICA**                                                                       **DEFENDANTS**
**DEWAYNE HENDRIX**
**RON WHITE**
**ANDREW CRUZAN**
**MICHAEL PADGETT**
**BRENDA HOY**

## NOTICE OF APPEAL

Separate Defendant, United States of America, by and through Jonathan D. Ross, United States Attorney, Eastern District of Arkansas, and the undersigned, pursuant to 28 U.S.C. § 2107 and Federal Rule of Appellate Procedure 4(a), appeal to the United States Court of Appeals for the Eighth Circuit from the district court's judgment dated July 28, 2023. (Doc. 79). *See also*, Justice Manual §§§ 2.2.110, 2.2.111, and 121(setting forth the requirements of the United States Attorney's Office for appellate review and noting that the final decision lies with the Solicitor General of the United States).

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: _____
LINDSEY MITCHAM LORENCE
Arkansas Bar No. 96183
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203-1229
(501) 340-2600
lindsey.lorence@usdoj.gov